## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ANNA M. REDDING,**

        **Plaintiff,**

**v.**                              **Case No: 6:25-cv-00891-PGB-NWH**

**MICHAEL D. LEE, AT&T INC.,
DAREN J. DORMINY, MORAN
KIDD P.A., JUDGE JAMES
CRANER, and CHIEF JUDGE
MARAGET SCHREIBER**

        **Defendants.**

_____/

## ORDER

This cause comes before the Court upon Magistrate Judge Nathan W. Hill's Report and Recommendation issued on August 21, 2025. (Doc. 14 (the "**Report**")). Therein, after a *sua sponte* review of Plaintiff Anna M. Redding's ("**Plaintiff**") Complaint (Doc. 1 (the "**Complaint**")) and 28 U.S.C. § 1915(e)(2)(B), Magistrate Judge Hill recommends that the Court dismiss Plaintiff's claims against Defendants Judge James Craner and Chief Judge Maraget Schreiber with prejudice, and dismiss the remaining claims in the Complaint without prejudice. (Doc. 14). No party has filed an objection to the Report and the time to do so has passed.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation, filed on August 21, 2025 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's claims against Defendants Judge James Craner and Chief Judge Maraget Schreiber are **DISMISSED WITH PREJUDICE.**

3. Plaintiff's claims against Defendants Michael D. Lee, AT&T Inc., Daren J. Dorminy, and Moran Kidd P.A. are **DISMISSED WITHOUT PREJUDICE**.

4. On or before **October 2, 2025**, Plaintiff may file an amended complaint containing Plaintiff's claims against Defendants Michael D. Lee, AT&T Inc., Daren J. Dorminy, and Moran Kidd P.A. that complies with all applicable rules and law, provided Plaintiff has a good faith basis to do so.

**DONE AND ORDERED** in Orlando, Florida on September 18, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties